[No. 17120-5-III.    Division Three.    June 3, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TRENT
MICHAEL OBERST, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 97-1-01708-5, Michael E. Donohue, J.,
entered December 17, 1997. *Affirmed* by unpublished
opinion per Kurtz, A.C.J., concurred in by Sweeney and
Brown, JJ.

[No. 17137-0-III.    Division Three.    June 3, 1999.]

DONNA TUNSTEAD, *Respondent*, v. DUANE C. BACON, ET AL.,
*Petitioners*.

Appeal from a judgment of the Superior Court for Asotin
County, No. 97-2-00229-5, John M. Lyden, J., entered
December 10, 1997. *Reversed* by unpublished opinion per
Kurtz, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 17508-1-III.    Division Three.    June 3, 1999.]

RICHARD W. HORMEL, ET AL., *Appellants*, v. THE CITY OF
KENNEWICK, *Respondent*.

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 94-2-00414-7, Craig J. Matheson, J.,
entered April 14, 1998. *Affirmed* by unpublished opinion
per Brown, J., concurred in by Kurtz, A.C.J., and Sweeney,
J.

[Nos. 17517-1-III; 17555-3-III.    Division Three.    June 3, 1999.]

JENNY S. WILLIAMS, ET AL., *Respondents*, v. LLOYD JOHN
TURNER, ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for
Spokane County, No. 98-2-00332-9, Salvatore F. Cozza, J.,
entered April 20 and May 29, 1998. *Reversed* by unpub-
lished opinion per Sweeney, J., concurred in by Kurtz,
A.C.J., and Brown, J.